AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 16 2026

CLERK, U.S. DISTRICT COURT
By ______________
Deputy

United States of America
v.

Quatavia Chenetta Richards

*Defendant(s)*

Case No. 2:26-MJ-227

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 15, 2026 in the county of OLDHAM in the Northern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II) | Possession with Intent to Distribute of Cocaine |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Timothy Brock Tullos, DEA TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 10/16/26

Lee Ann Reno
*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:26-MJ-227

AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Timothy Brock Tullos, being duly sworn, depose and state:

1. I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA).

2. I am assigned to DEA's Amarillo Resident Office (ARO). I was hired as a Task Force Officer from Borger Police Department in Borger, TX, in March 2024. In connection with my duties and responsibilities as a Task Force Officer, I have received extensive training in the field of narcotics trafficking investigations, including but not limited to conducting surveillance, undercover operations, utilizing confidential sources, and executing arrest and search warrants. Prior to being a DEA Task Force Officer, I completed my basic peace officer training at Amarillo College in October 2011. I have worked for Borger Police Department for over 10 years. During my tenure with Borger Police Department, I have made narcotic arrests and assisted with narcotics investigations.

3. This affidavit is made in support of a complaint and arrest warrant for Quatavia Chenetta RICHARDS. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

4. On October 15, 2026, at approximately 11:30 a.m., Oldham County Deputy conducted a traffic stop on Interstate 40-mile marker 27 eastbound, on a blue Toyota Camry (TN#382BKWH) for unsafe lane change, which is a violation of the Texas Transportation Code.

5. During the traffic stop, Deputy identified driver of the vehicle, Quatavia RICHARDS, the front passenger, Antwonna Sh Von DAVIS, and an infant in the back seat. During the traffic stop, Deputy observed indicators of criminal activity. Deputy asked RICHARDS for consent to search the vehicle, and RICHARDS denied consent to search the vehicle. Deputy spoke with DAVIS and smelled a strong odor of marijuana coming from the vehicle. Deputy conducted a probable cause search of the vehicle.

6. During the search of the vehicle, a Pampers diaper box was in the trunk of the blue Toyota Camry. The Pampers diaper box was checked and contained 8 vacuum sealed packages containing a white powdery substance that appeared to be cocaine.

7. Deputy placed RICHARDS and DAVIS in custody and RICHARDS told Deputy everything was hers. RICHARDS also told Deputy, DAVIS, did not know anything about the packages.

8. Deputy transported all three subjects to the Oldham County Sheriff's Office in Vega, Texas. Deputy completed the search of the blue Toyota Camry but did not locate any more contraband.

9. A sample of one of the 8 packages was tested by TFO Tullos which tested positive for cocaine. The eight (8) packages had an approximate weight of 9.34 gross kilograms.

10. The quantity of the controlled substances and the manner the controlled substances were packaged are consistent with the distribution as opposed to someone's personal use.

11. Based upon the foregoing, there is probable cause to believe that RICHARDS did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

Timothy B. Tullos

Timothy Brock Tullos
DEA Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone:

10/16/26 at Amarillo, TX

Date | City and State

Lee Ann Reno, U.S. Magistrate Judge
Name and Title of Judicial Officer

Lee Ann Reno
Signature of Judicial Officer

Aspen Hall

Aspen Hall
Assistant United States Attorney